IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XCOAL ENERGY & RESOURCES,<br><br>Plaintiff,<br><br>v.<br><br>BLUESTONE ENERGY SALES CORPORATION, SOUTHERN COAL CORPORATION, and JAMES C. JUSTICE, II,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 1:18-cv-819-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CLERK'S CERTIFICATION OF A JUDGMENT
TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached Amendment to Judgment (D.I. 195) is a copy of a judgment entered by this Court on September 28, 2021.

I also certify that, by Order of Court dated April 14, 2022 (D.I. 201), it was ordered that there was good cause for the Amendment to Judgment to be registered in another District.

Date:  April 29, 2022                                                   CLERK OF COURT

                                                                        /s/ signature